No. 71–5167.   HARVIN v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 71–5173.   BRETTI v. WAINWRIGHT, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 71–5176.   ADAMS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 71–5177.   McCRAY v. SOLOMON, U. S. DISTRICT JUDGE; and
No. 71–5279.   McCRAY v. BELLONI, U. S. DISTRICT JUDGE, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 71–5178.   NEMETH v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 71–5180.   CHALK ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 71–5181.   HARRELSON, AKA STOUGHTENBOROUGH v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 71–5182.   MILANO v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 71–5183.   READ v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 71–5187.   RAINWATER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 71–5188.   CLEMONS v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.